| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>JOHN P. KERN (Bar No. CA 206001)<br>E-mail:  jkern@manatt.com<br>KEVIN P. DWIGHT (Bar No. CA 239476)<br>E-mail:  kdwight@manatt.com<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 291-7400<br>Facsimile:  (415) 291-7474 | **E-Filed 4/14/09** |

Attorneys for Defendants
AARON OBLON, DEVONSHIRE METALS, CORP.,
HASMUKH D. PATEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| TUNG TAI GROUP, a California corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>AARON OBLON, DEVONSHIRE METALS, CORP., HASMUKH D. PATEL, and DOES 1-500,<br><br>                     Defendants..<br><br>AARON OBLON, DEVONSHIRE METALS, CORP., HASMUKH D. PATEL, and DOES 1-500,<br><br>                     Counterclaimant,<br><br>          vs.<br><br>TUNG TAI GROUP, a California corporation.,<br>Counterclaim Respondents. | **Case No**.  C 08-05370 JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90068232.1

[PROPOSED] ORDER
CASE NO. C 08-05370 JF

1   Defendants and Counterclaimants Aaron Oblon, Devonshire Metals Corporation, and
2   Hasmukh D. Patel, along with Plaintiffs and Counterclaim Respondents Tung Tai Group, Joseph
3   Chen, John Chen, and Myril Manhoff ("Defendants") (collectively, the "Parties"), jointly
4   requested that the Initial Case Management Conference currently set for April 17, 2009, be
5   continued to May 22, 2009 (and all dates triggered by the CMC similarly continued), so that
6   Defendants have an adequate opportunity to identify alternate counsel to represent them in this
7   matter, or to determine they wish to proceed *pro se*.

8   Upon full consideration of the Joint Stipulated Request, and all other files and paper
9   herein, good cause exists for the issuance of an Order Continuing the Initial Case Management
10  Conference.

11  Accordingly, the Initial Case Management Conference is set for May 22, 2009. The
12  Parties shall exchange their Initial Disclosures and file their Rule 26 Joint Case Management
13  Conference Statement no later than May 15, 2009.

15  **IT IS SO ORDERED.**

17  Dated: April 10, 2009

    _____
    The Hon. Jeremy Fogel
    United States District Court Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

[PROPOSED] ORDER
CASE NO. C 08-05370 JF