\*\*E-Filed 4/12/10\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TUNG TAI GROUP, a California corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>AARON OBLON, DEVONSHIRE METALS CORP., HASMUKH D. PATEL, and DOES 1-500,<br><br>    Defendants and Counterclaimants. | Case Number C 08-5370 JF<br><br>ORDER[1] VACATING HEARING AND GRANTING MOTION FOR SUMMARY JUDGMENT<br><br>RE: Doc. No. 36 |

    Plaintiff Tung Tai Group ("Tung Tai") moves for summary judgment with respect to its claims for breach of contract, fraud, and conversion against Defendant Aaron Oblon and with respect to its claims for fraud and conversion against Defendant H.D. Patel. The motion is unopposed. The Court has reviewed the moving papers, including the memorandum of points and authorities and the supporting declarations of William Siamas and John Chen. For good cause shown, the motion will be GRANTED. The hearing set for April 16, 2010, is VACATED.

    Counsel shall appear for a case management conference on May 14, 2010, at 10:30 a.m. to discuss the disposition of the remaining issues in the case.

    //

---

[1] This disposition is not designated for publication in the official reports.

1    IT IS SO ORDERED.

3    DATED: 4/12/10

5    _____
     JEREMY FOGEL
     United States District Judge

Case No. C 08-5370
ORDER VACATING HEARING AND GRANTING MOTION FOR SUMMARY JUDGMENT
(JFLC3)