MARK B. FREDKIN, ESQ. (SBN 53550)
WILLIAM SIAMAS (SBN 133111)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1606
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

**E-Filed 9/3/2010**

Attorney for Plaintiff and
Counterclaim Respondents

# UNITED STATES DISTRICT COURT

## NORTHERN OF CALIFORNIA

| | |
|---|---|
| TUNG TAI GROUP, A CALIFORNIA CORPORATION,<br><br>               Plaintiffs,<br><br>vs.<br><br>AARON OBLON, DEVONSHIRE METALS CORP., HASMUKH D. PATEL, AKA, H.D. PATEL AND DOES 1-500,<br><br>               Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. C08-05370 JF<br><br>JUDGMENT |

This action was set for hearing before the Court, on April 12, 2010, Hon. Jeremy Fogel presiding, on a Motion for Summary Judgment against Defendants Aaron Oblon and Hasmuhk Patel.  Defendants failed to respond to the Motion for Summary Judgment and the hearing date was vacated.  The evidence presented having been fully considered, the issues having been duly heard and a decision duly rendered, Summary Judgment for Plaintiff Tung Tai Group and against Defendants Aaron Oblon and Hasmuhk Patel was entered on April 12, 2010.

On April 26, 2010, and May 12, 2010, respectively, Defendants Oblon and Patel

moved to vacate the order granting summary judgment.  Plaintiff opposed the Motion to Vacate Order Granting Summary Judgment, which came on regularly for hearing on June 18, 2010.  The evidence presented having been fully considered, the issues having been duly heard and a decision duly rendered, an Order Denying Motion to Vacate the Order Granting Summary Judgment was entered on July 7, 2010.

In accordance with the foregoing, IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Tung Tai Group against Defendant Aaron Oblon in the amount of $1,065,305.42 and that judgment is entered for Plaintiff Tung Tai Group against Defendant Hasmukh Patel in the amount of $156,050.18.

IT IS FURTHER ORDERED AND ADJUDGED that the Cross-Complaint against Tung Tai Group is DISMISSED.

DATED: 9/3/2010 _____

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

1  MARK B. FREDKIN, ESQ. (SBN 53550)
   WILLIAM SIAMAS (SBN 133111)
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1606
   Telephone: (408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorney for Plaintiff and
   Counterclaim Respondents

6

7

8              UNITED STATES DISTRICT COURT

9               NORTHERN OF CALIFORNIA

10 TUNG TAI GROUP, A CALIFORNIA          Case No. C08-05370 JF
   CORPORATION,
11                                       CERTIFICATE OF SERVICE
12              Plaintiffs,

13 vs.

14 AARON OBLON, DEVONSHIRE METALS
   CORP., HASMUKH D. PATEL, AKA, H.D.
15 PATEL AND DOES 1-500,

16              Defendants.

17 AND RELATED COUNTER-CLAIM

18

19

20

21     I, the undersigned, hereby certify that I am over the age of eighteen years and not a

22 party to the within action.  My business address is 99 Almaden Boulevard, Suite 1000, San

23 Jose, California 95113-1606.

24
       On the date indicated below, I served by mail a true copy of the following
25
   document:
26

27              **[PROPOSED] JUDGMENT**

28

                                 1

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service.  Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.  The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California.

| | |
|---|---|
| Aaron Oblon<br>6786 Fox Hollow Drive<br>West Palm Beach, FL  33412<br><br>Telephone:  (561) 512-2294 | Defendant/Cross-Complainant<br>In pro per |
| Hasmukh Patel<br>9006 Alexandra Drive<br>Wellington, FL  33414<br><br>Telephone:  (561) 727-9029 | Defendant/Cross-Complaint<br>In pro per |

Executed on August 24, 2010, at San Jose, California.  I declare that I am employed in the office of member of the bar of this court at whose direction the service was made.

Janelle C. Lira

CERTIFICATE OF SERVICE